| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* CR 13-00877DKW-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00161-RFB-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| EMIL WOLFGRAMM, JR. | District of Hawaii | Honolulu |
| ✓ FILED ___ RECEIVED  ___ ENTERED ___ SERVED ON  JUNE 5 2025  CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA  BY: AMMi DEPUTY | NAME OF SENTENCING JUDGE The Honorable Derrick K. Watson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 02/15/2023 — TO 02/14/2028 |

**OFFENSE**

Count 1: Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846, a Class A felony

Counts 2 and 3: Possession of 50 Grams or More of Methamphetamine With Intent to Distribute 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2, a class A felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Wolfgramm has no intention of returning to the District of Hawaii.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   HAWAII

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   DISTRICT OF NEVADA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5/28/2025_
Date

_/s/_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 24, 2025
*Effective Date*

_/s/_
*United States District Judge*

1